```
         FILED_____  ____LODGED
         _____ RECEIVED

            OCT 03 2012

         CLERK U.S. DISTRICT COURT
    WESTERN DISTRICT OF WASHINGTON AT TACOMA
    BY                              DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>YVETTE RANEA BAILEY,<br><br>    Defendant. | CASE NO. CR05-182MJP-03<br><br>INITIAL ORDER RE:<br>ALLEGATIONS OF VIOLATION OF<br>CONDITIONS OF SUPERVISION |

THIS MATTER comes on for an initial hearing on the Petition of the United States Probation Office alleging that the defendant has violated the conditions of supervision.

The plaintiff appears through Assistant United States Attorney, Barb Sievers.

The defendant appears personally and represented by counsel, Peter Camiel.

The U.S. Probation Office has filed a petition alleging violations of the terms and conditions of supervision, and the defendant has been advised of the allegation(s).

The court finds probable cause with regard to the allegation(s) and schedules a hearing on the petition to be held at the time and date below set forth before Judge Marsha J. Pechman:

*Date of hearing: October 25, 2012*

*Time of hearing: 9:00am*

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION - 1

1  IT IS ORDERED that the defendant

2  X Be released under her current conditions of supervision.

3  ___ Be detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be
4  delivered as ordered by the court for further proceedings.

5  The clerks shall direct copies of this order to counsel for the United States, to counsel for

6  the defendant, the United States Marshal and to the United States Probation Office and/or

7  Pretrial Services Office.

8  Dated this 3 day of October, 2012.

*/s/ Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge

INITIAL ORDER RE: ALLEGATIONS OF
VIOLATION OF CONDITIONS OF
SUPERVISION - 2